# IN THE SUPREME COURT OF THE STATE OF NEVADA

CHERI RENE WIMAN,
                    Appellant,

            vs.

COTY REFAELY,
                    Respondent.

No. 83254

**FILED**

AUG 3 1 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.[1]

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. David M. Jones, District Judge
       Debbie Leonard, Settlement Judge
       Law Offices of P. Sterling Kerr
       Michael S. Strange & Associates, LLC
       Eighth District Court Clerk

---

[1]Any relief regarding the bond for costs on appeal must be sought in the district court. NRAP 7. No action will be taken in regard to the motion to dismiss filed on July 26, 2021.

21-25391